FILED

10/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0611



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0611

**MARLON DAUNTE THOMAS,**

> **Petitioner,**

v.

**STATE OF MONTANA,**

> **Respondent.**

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED October 15, 2024.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court